DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERONE WOODS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0464

[April 23, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 062010CF016606A88810.

Terone Woods, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***